## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

United States of America,

Plaintiff(s),

v.

Jose Felix Vilchis Rojas,

Defendant(s).

Case No. 19 cv 8034
Judge Sharon Johnson Coleman

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of plaintiff United States of America and against defendant Jose Felix Vilchis Rojas.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion for summary judgment.

Date: 5/5/2021

Thomas G. Bruton, Clerk of Court

Yvette Montanez , Deputy Clerk