UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE FELIX VILCHIS ROJAS,<br>a/k/a Jose F. Vilchis,<br><br>            Defendant. | Case No. 1:19-cv-8034 |

## JUDGMENT

Pursuant the Court's ruling on the government's motion for summary judgment filings entered on 5/5/2021, docket entry 32:

    1.     The Court FINDS and DECLARES that Defendant illegally procured his United States citizenship;

    2.     The July 1, 1997 order admitting Defendant to United States citizenship is REVOKED and SET ASIDE;

    3.     Certificate of Naturalization No. 22314082 issued to Defendant is CANCELLED, effective as of the original date of the certificate, July 1, 1997;

    4.     Defendant is forever RESTRAINED and ENJOINED from claiming or exercising any rights, privileges, benefits, or advantages of United States citizenship based on his July 1, 1997 naturalization;

    5.     Defendant shall, within ten days of this ORDER, surrender and deliver his Certificate of Naturalization No. 22314082, any and all U.S. passports, and any other indicia of United States citizenship, as well as any copies thereof in his possession or control (and shall make good faith efforts

to recover and then surrender any copies thereof that he knows are in the possession or control of others) to Counsel for the United States, CHRISTOPHER HOLLIS;

6. Defendant shall deliver the items described above (his original Certificate of Naturalization, original United States passport, any other indicia of United States citizenship, and all copies thereof) to the United States Attorney General by sending them to the United States Attorney General's representative at the following address: Christopher Hollis, United States Department of Justice, P.O. Box 868, Ben Franklin Station, Washington, DC 20044; and

7. If Defendant fails to deliver the items described above, Plaintiff shall inform the Court so it can determine whether to schedule a compliance hearing, at which Defendant must demonstrate that he has complied with this Judgment.

**IT IS SO ORDERED.**

**SIGNED** on this 13th day of May, 2021.

_____
**SHARON JOHNSON COLEMAN
UNITED STATES DISTRICT JUDGE**